UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

YONY SOSA, on behalf of himself and all other persons similarly situated,

                         Plaintiffs,

-against-

ST. JOSEPH'S HOSPITAL, YONKERS,

                         Defendant.
------------------------------------------------------------------- X

Civil Action No.:
1:21-cv-10233 (JMF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff YONY SOSA ("Plaintiff") and Defendant ST. JOSEPH'S HOSPITAL, YONKERS, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: ~~April~~ May 19, 2022
New York, New York

**GOTTLIEB & ASSOCIATES**

By: _____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
Telephone: 212-228-9795
Facsimile: 212-982-6284
Email: jeffrey@gottlieb.legal
*Attorneys for Plaintiff*

**KAUFMAN BORGEEST & RYAN LLP**

By: _____
Kenneth G. Abeyratne, Esq.
120 Broadway, 14th Floor
New York, NY 10271
Telephone (646) 367-6745
Facsimile: (212) 980-9291
kabeyratne@kbrlaw.com
*Attorneys for Defendant*

SO ORDERED.

May 20, 2022

10

8121743